# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE BAKER,<br><br>   Plaintiff,<br><br>vs.<br><br>COMENITY BANK.<br><br>   Defendant. | Case No. 2:18-cv-00665-TLN-AC<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

  Having considered the Parties Stipulation to Extend Time to respond to Plaintiff's Complaint, the Court orders as follows:

  The Stipulation is granted, and Defendant COMENITY BANK shall file its responsive pleading on or before May 3, 2018.

  **IT IS SO ORDERED**.

Dated: April 13, 2018

                Troy L. Nunley
                United States District Judge