David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Tamar Gabriel Ellyin (SBN 266860)
Gabrielt@cmtlaw.com
**CARLSON & MESSER LLP**
5901 W. Century Blvd., Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
*COMENITY BANK*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE BAKER,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMENITY BANK,<br><br>    Defendant. | CASE NO. 2:18-CV-00665-TLN-AC<br><br>**NOTICE OF SETTLEMENT** |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff, LOUISE BAKER and Defendant COMENITY BANK ("Comenity").  The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice.

///

///

///

///

///

1  In light of the settlement, the parties respectfully request that the Court vacate all future hearing
2  dates in this case with respect to Comenity.

3
4  DATED:  May 31, 2018                                    CARLSON & MESSER LLP

5                                                          By:  /s/ Tamar Gabriel Ellyin
6                                                               David J. Kaminski
                                                                Tamar Gabriel Ellyin
7                                                               Attorneys for Defendant,
                                                                *COMENITY BANK*

**CERTIFICATE OF SERVICE**

I, Tamar Gabriel Ellyin, hereby certify that on this 31st day of May, 2018, a true and accurate copy of the foregoing Notice of Settlement were served via the District Court ECF System on the Following:

Email: egale@sagarialaw.com

/s/Tamar Gabriel Ellyin
Tamar Gabriel Ellyin
CARLSON & MESSER LLP