Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Louise Baker

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **LOUISE BAKER**,<br><br>          Plaintiff,<br><br>     v.<br><br>**COMENITY BANK**,<br><br>          Defendant. | Case No.: 2:18-cv-00665-TLN-AC<br>Assigned to: Hon. Troy L. Nunley<br>Referred to: Hon. Allison Claire<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT COMENITY BANK** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Louise Baker and defendant Comenity Bank that Comenity Bank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

STIPULATION FOR DISMISSAL OF DEFENDANT COMENITY BANK; [PROPOSED] ORDER -1-

DATED: July 20, 2018					**Sagaria Law, P.C.**

						By:	*/s/ Elliot Gale*
							Elliot W. Gale, Esq.
							Attorney for Plaintiff Louise Baker


DATED: July 20, 2018					**Carlson & Messer, LLP**

						By:	*/s/ Tamar Gabriel Ellyin*
							Tamar Gabriel Ellyin
							Attorney for Defendant Comenity Bank


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Tamar Gabriel Ellyin has concurred in this filing.

*/s/ Elliot Gale*